UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>    Plaintiff,<br><br>    v.<br><br>J. PELUSO, et al.,<br><br>    Defendants. | No.  2:25-cv-03303 SCR P<br><br><br><br>ORDER |

Plaintiff is incarcerated in state prison and proceeding pro se with this civil rights action under 42 U.S.C. § 1983.  This action is referred to the undersigned pursuant to Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has not paid the court's filing fee or requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Typically, the court would provide plaintiff the opportunity to submit a motion to proceed in forma pauperis.  However, a review of court records shows that another judge determined plaintiff was a three-strikes litigant before he filed the complaint in this action on November 13, 2025.  *See Hammler v. Godfry*, No. 1:25-cv-0728 KES-BAM (PC), 2025 WL 2391075, at *1 (E.D. Cal. Aug. 18, 2025), *report and recommendation adopted*, No. 1:25-cv-0728 KES BAM (PC), 2025 WL 2695561 (E.D. Cal. Sept. 22, 2025).  Because plaintiff has accrued three prior strikes, he is precluded from proceeding in forma pauperis in this action unless he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

The imminent danger exception applies at the time of filing the complaint. *See Andrews v. Cervantes*, 493 F.3d 1047, 1053 (9th Cir. 2007) (emphasizing that "it is the circumstances at the time of the filing of the complaint that matters for purposes of the 'imminent danger' exception to § 1915(g)"). Plaintiff has not alleged any facts in the complaint that suggest that he is under imminent danger of serious physical injury. The allegations pertain to an incident of excessive force on January 7, 2022, at a different prison than where plaintiff is incarcerated now. ECF No. 1 at 2-3. Plaintiff does not allege any facts that would suggest that the event is likely to reoccur. Thus, plaintiff must submit the appropriate filing fee in order to proceed with this action.

Accordingly, IT IS HEREBY ORDERED that plaintiff pay the entire $405.00 in filing fees within thirty days from the date of this order or face dismissal of the case.

DATED: December 2, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE